# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Akpenin Mahu Germaine Azogan,<br><br>Petitioner,<br><br>v.<br><br>Eric Rokosky, et al.,<br><br>Respondents. | No. CV-26-03110-PHX-SHR (MTM)<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.)  The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.)  In their Response, Respondents state they "do not oppose release at this time." (Doc. 7.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition.  Accordingly,

**IT IS ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

. . . .

. . . .

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 15th day of May, 2026.

Honorable Scott H. Rash
United States District Judge